Gotham Music Service, Inc., and Mills Music, Inc., v. Denton and Haskins Music Publishing Co., Inc.— Motion for reargument granted, and upon reargu-

ment motion to compel restitution denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 814.]